**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MICHAUD, an individual, and AMANDA MICHAUD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:25-cv-02642-MCS-E<br><br>**JUDGMENT** |

Pursuant to this Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS ADJUDGED that judgment is entered in favor of Defendant Ford Motor Company. Plaintiffs Chad and Amanda Michaud shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1